# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2949

_____

| | |
|---|---|
| Mary Lickteig, | * |
| | * |
| Plaintiff/Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Robert Kolar, Jr., | * |
| | * [UNPUBLISHED] |
| Defendant/Appellee. | * |
| | * |
| | * |
| | * |

_____

Submitted: May 14, 2009
Filed: June 7, 2010

_____

Before LOKEN, Chief Judge, EBEL* and CLEVENGER**, Circuit Judges.

_____

EBEL, Circuit Judge.

On September 17, 2009, this Court issued an "Order for Certification

_____

* The Honorable David M. Ebel, United States Circuit Judge for the Tenth Circuit Court of Appeals, sitting by designation.

** The Honorable Raymond C. Clevenger III, United States Circuit Judge for the Federal Circuit Court of Appeals, sitting by designation.

of Questions of State Law," <u>Lickteig v. Kolar, Jr.</u>, No. 08-2949 (8th Cir. Sept. 17, 2009) to the Supreme Court of the State of Minnesota certifying three questions of Minnesota state law to that Court. On May 27, 2010, the Minnesota Supreme Court issued an opinion answering those three questions. <u>Lickteig v. Kolar</u>, ----N.W.2d----, 2010 WL 2103997 (Minn. 2010).

On the basis of the answers provided by the Minnesota Supreme Court in this matter, the district court order this case is REVERSED and this matter is REMANDED to the U.S. District Court for the District of Minnesota for further proceedings consistent with our Order of Certification and the Supreme Court's opinion answering the certified questions presented to it.

_____